1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada State Bar Number 13644
3
4  SHARON LAHEY
   Assistant Regional Counsel
5  California State Bar Number 256628
   United States Social Security Administration
6  160 Spear Street, Suite 800
   San Francisco, California 94105-1545
7  Telephone: (415) 977-8963
   Facsimile: (415) 744-0134
8  Email: sharon.lahey@ssa.gov

9  Attorneys for Defendant

10

11                    **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13                           **LAS VEGAS DIVISION**

14 | REBECCA TRUMAN, | ) Case No. 2:18-cv-02129-KJD-NJK
   |                 | )
15 | Plaintiff,      | ) **DEFENDANT'S UNOPPOSED MOTION**
   |                 | ) **FOR EXTENSION OF TIME**
16 |                 | )
   | v.              | )
17 |                 | ) **(FIRST REQUEST)**
   | NANCY A. BERRYHILL, Acting | )
18 | Commissioner of Social Security, | )
19 |                 | )
   | Defendant.      | )
20 |                 | )

21        NANCY A. BERRYHILL, Acting Commissioner Of Social Security (the Commissioner

22 or Defendant), hereby respectfully moves this Honorable Court to grant nunc pro tunc her

23 unopposed motion for a 26-day extension of time to file her response to the complaint filed in the

24 above-captioned matter and the certified administrative record.  The current deadline was

25 January 14, 2019, and the new deadline would be February 8, 2019.  This is the first extension of

26 time requested in the above-captioned matter.  The agency is currently preparing the certified

27 administrative record and requires additional time to ensure that the administrative certified

28 record is accurate and complete.  Defendant apologizes to the Court and to Plaintiff for any

inconvenience arising from the delay and timing of this request, which is the result of inter-agency processing errors. Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

Respectfully submitted,

Date: January 23, 2019

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 24, 2019

HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE