# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA ANN TRUMAN,<br><br>      Plaintiff(s),<br><br>v.<br><br>ANDREW SAUL,<br><br>      Defendant(s). | Case No.: 2:18-cv-02129-KJD-NJK<br><br>**ORDER** |

Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: November 27, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1