UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REBECCA TRUMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br><br>        Defendant. | Case No. 2:18-cv-2129-KJD-NJK<br><br>**ORDER** |

  Before the Court is United States Magistrate Judge Koppe's Report and Recommendation (ECF No. 22) that plaintiff Rebecca Truman's Motion for Reversal and/or Remand (ECF No. 18) be granted and that the case be remanded for further proceedings. Though the time to do so has passed, defendant, the Social Security Commissioner Andrew Saul, has not filed an objection to the Report and Recommendation.

  The Court has conducted a de novo review of the Magistrate Judge's findings under 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation of the United States Magistrate Judge entered November 27, 2019, should be **ADOPTED** and **AFFIRMED**.

  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 22) is **ADOPTED** and **AFFIRMED**;

  IT IS FURTHER ORDERED that Truman's Motion to Remand (ECF NO. 18) is **GRANTED**. This case is hereby **REMANDED** to the Social Security Administration for further proceedings.

///

///

///

1 IT IS FURTHER ORDERED that Commissioner Saul's Countermotion to Affirm the Agency Decision (ECF No. 19) is **DENIED**.

Dated this 14th day of January, 2020.

_____
Kent J. Dawson
United States District Judge